IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWANE LASALLE WALKER,

    Plaintiff,

vs.                                    Case No. 4:15cv26-RH/CAS

ERIC HOLDER,
LEON PANETTA,
and ROBERT S. MUELLER, III,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

    This cause is before me upon referral from the Clerk. In an order filed February 17, 2015, Plaintiff was directed to file an amended complaint by March 17, 2015. Doc. 4. To date, no response has been received from the Plaintiff.

    A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991). Also, Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. Moon v. Newsome, 863 F.2d 835, 838 (11th Cir. 1989), cert. denied, 493 U.S. 863 (1989), and cases cited; Phipps v. Blakeney, 8 F.3d 788, 790

(11th Cir. 1993).  Plaintiff did not comply with a court order and prosecute this case.  As a result, this action should be dismissed.

Plaintiff shall have a 14-day period after service of this Report and Recommendation in which to file objections.  This will also afford Plaintiff a final opportunity to show good cause for his failure to respond.  Alternatively, Plaintiff may also file a "motion for reconsideration" which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Tallahassee, Florida, on March 30, 2015.

s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**