# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

DWANE LASALLE WALKER,

      Plaintiff,

v.                          CASE NO.  4:15cv26-RH/CAS

ERIC HOLDER et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report, ECF No. 5, and the objections, ECF No. 6.  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on April 10, 2015.

s/Robert L. Hinkle
United States District Judge